

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00650-CV

Michael A. **CERNY** and Myra L. Cerny, Individually,
and as Next Friends of Cameron A. Cerny, a Child,
Appellants

v.

**MARATHON OIL CORPORATION**, Marathon Oil EF LLC,
and Plains Exploration & Producing Company,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 13-05-00118-CVK
Honorable Stella Saxon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that the appellees recover their costs of appeal from the appellants.

SIGNED October 7, 2015.

_____
Rebeca C. Martinez, Justice